**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN LEONEL MENDOZA FIGUEROA, | Case No. 2:26-cv-06054-SSC |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the unopposed petition under 28 U.S.C. § 2241 is granted and that Respondents are ordered to release Petitioner Franklin Leonel Mendoza Figueroa's (A# 216-166-170) from ICE custody immediately.  The Clerk is directed to close this case.

DATED:  June 12, 2026



HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES DISTRICT JUDGE