UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FRANKLIN LEONEL MENDOZA FIGUEROA

Petitioner,

v.

FERETI SEMAIA, *et al,*

Respondents.

Case No. 2:26-CV-06054-SSC

**[~~PROPOSED~~] ORDER GRANTING PETITIONER'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The Court, having considered Petitioner's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the opposition thereto, and all supporting documentation, finds that Petitioner is the prevailing party, that the government's position was not substantially justified, and that the requested hours and rates are reasonable.

**IT IS HEREBY ORDERED** that:

1. Petitioner's Motion is **GRANTED.**
2. Petitioner is awarded attorney's fees in the amount of $5,040.36 and including filing costs in the amount of $5.00 under the EAJA.
3. If the Department of the Treasury determines that Petitioner does not owe a federal debt subject to offset under the Treasury Offset Program, the government **SHALL** accept Petitioner's assignment of EAJA fees and make electronic payment or check payable directly to the "Coalition for Humane Immigrant Rights.

4. Payment shall be administrative, processed via Electronic Funds Transfer (EFT) in accordance with federal eGov guidelines, using the secure banking information provided by counsel to the Respondents following entry of this order.

IT IS SO ORDERED.

Dated: September 11, 2026

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE